Timothy Charles PALMES,
Petitioner-Appellant,

v.

Louie L. WAINWRIGHT, Secretary, Florida Dept. of Offender Rehabilitation, Richard L. Dugger, Superintendent of Florida State Prison at Starke, Florida, and Jim Smith, Attorney General of the State of Florida, Respondents-Appellees.

No. 84–3749.

United States Court of Appeals,
Eleventh Circuit.

Nov. 6, 1984.

Thomas McCoun, III, Louderback, McCoun & Helinger, St. Petersburg, Fla., for petitioner-appellant.

Carolyn M. Snurkowski, Asst. Atty. Gen., Dept. of Legal Affairs, Miami, Fla., for respondents-appellees.

Before VANCE, HENDERSON and CLARK, Circuit Judges.

BY THE COURT: .

The motion of the Petitioner-Appellant, Timothy Charles Palmes, for a certificate of probable cause is DENIED. Execution is stayed until 10:00 A.M. on Thursday, November 8, 1984 for the purpose of affording the Petitioner-Appellant the opportunity of appealing the order of this court to the United States Supreme Court.